**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>TAMRA THORNTON-BELMER<br><br>Debtor(s) | Case No. 15-38891 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/15/2015, and was converted to chapter 13 on 11/15/2015.

2) The plan was confirmed on 03/23/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/07/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 10/25/2018.

6) Number of months from filing to last payment: 35.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---:|
| Total paid by or on behalf of the debtor | | $5,551.26 |
| Less amount refunded to debtor | | $292.49 |

**NET RECEIPTS:** **$5,258.77**

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $230.67 |
| Other | $375.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$4,605.67**

Attorney fees paid and disclosed by debtor: $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARONS SALES AND LEASE | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| AARONS SALES AND LEASE | Unsecured | 1,684.11 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AMERICA S FINANCIAL CHOICE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICA S FINANCIAL CHOICE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 1.00 | 1,129.68 | 1,129.68 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 2,448.06 | 2,448.06 | 2,448.06 | 0.00 | 0.00 |
| AT&T | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| BLACK FINANCE | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| CASH CITY LOANS | Unsecured | 3,065.15 | 5,137.55 | 5,137.55 | 0.00 | 0.00 |
| CHARTER ONE BANK CHECKING AC | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 500.00 | 1,750.46 | 1,750.46 | 0.00 | 0.00 |
| COMCAST | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO | Unsecured | 734.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,823.66 | 5,930.74 | 5,930.74 | 0.00 | 0.00 |
| DJR GROUP LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DR ARNOLD S MOROF & ASSOCIATE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ERAC LOMBARD | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| EVERGREEN EMERGENCY SERVICE! | Unsecured | 379.80 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 2,683.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 2,686.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FEDERAL LOAN SERVICES | Unsecured | 3,456.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 4,023.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 5,373.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 1,729.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| FIRST RATE FINANCIAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| IL DEPART OF EMPLOYMENT SECUR | Unsecured | 1,448.50 | 1,448.50 | 1,448.50 | 0.00 | 0.00 |
| IL DEPT OF HUMAN SERVICES | Unsecured | 2,639.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 1,188.70 | 1,188.70 | 1,188.70 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.87 | 0.87 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,043.70 | 2,621.69 | 2,621.69 | 653.10 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 8,867.70 | 14,247.08 | 14,247.08 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LANDMARK ASSETS RECEIVABLES I | Unsecured | 12,259.00 | 12,222.46 | 12,222.46 | 0.00 | 0.00 |
| LITTLE COMPANY OF MARY HOSP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Mci | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MELANIE FITNESS CENTER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| METROSOUTH | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| METROSOUTH | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| METROSOUTH | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT LENDERS | Unsecured | 383.00 | 370.00 | 370.00 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,088.41 | 1,429.41 | 1,429.41 | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 2,500.00 | 603.57 | 603.57 | 0.00 | 0.00 |
| OPPORTUNITY FINANCIAL LLC | Unsecured | 573.01 | 142.63 | 142.63 | 0.00 | 0.00 |
| PEOPLES ENERGY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PULMONARY CONSULTANTS | Unsecured | 833.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| SADINO FUNDING LLC | Unsecured | NA | 913.96 | 913.96 | 0.00 | 0.00 |
| SPRINT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 666.86 | 666.86 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,064.37 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 4,000.00 | 20,181.10 | 20,181.10 | 0.00 | 0.00 |
| VILLAGE OF BRIDGEVIEW | Unsecured | 557.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RICHTON PARK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WOW CHICAGO | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,621.69 | $653.10 | $0.00 |
| **TOTAL PRIORITY**: | **$2,621.69** | **$653.10** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$69,811.63** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,605.67 |
| Disbursements to Creditors | $653.10 |
| | |
| **TOTAL DISBURSEMENTS** : | **$5,258.77** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/08/2018                          By:/s/ Tom Vaughn
_____

                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**